Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for Armando Orozco-Guillen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO CHAVEZ-MACIAS,<br>SERGIO CHAVEZ-VERDUZCO, and<br>ARMANDO OROZCO-GUILLEN,<br><br>Defendant. | CASE NO. CR-16-00067-BLW<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANT ARMANDO OROZCO-GUILLEN'S MOTION FOR SEVERANCE** |

**1. Introduction**

Defendant Armando Orozco-Guillen is charged in the Indictment (Dkt. 1) with one criminal count: conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). A jury trial is scheduled to commence on October 31, 2016. Co-Defendant Sergio Chavez-Verduzco filed a motion to continue the jury trial and Co-Defendant Sergio Chavez-Macias consented to the requested continuance. (Dkt. 51.)

Though the initial joinder of Mr. Orozco-Guillen and his co-defendants may have been proper under Rule 8(b) of the Federal Rules of Criminal Procedure based on the allegations contained in the Indictment, as detailed below the continued joinder for the purposes of trial with the co-defendants is prejudicial to Mr. Orozco-Guillen and in violation of Federal Rule of Criminal Procedure 14. Accordingly, Mr. Orozco-Guillen's trial should be severed from that of the other defendants who are seeking a continuance of the presently scheduled trial.

**2. Argument**

Rule 14(a) provides, "[i]f the joinder of offenses *or defendants* in an indictment, an information, or a consolidation for trial appears to prejudice a defendant …, the court may … sever the defendants' trials…." (Emphasis added.) The U.S. Supreme Court has confirmed that a Rule 14 severance motion should be granted if "there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment about guilt or innocence." *Zafiro v. United States*, 506 U.S. 534, 539 (1993). In deciding whether to grant or deny a severance, trial courts have broad discretion. *Id*. at 541.

A joint trial of Mr. Orozco-Guillen and his co-defendants compromises Mr. Orozco-Guillen's right to a speedy trial. Granted, a defendant's speedy trial right is not one of the rights identified in *United States v. Douglass*, 780 F.2d 1472, 1478 (9th Cir. 1986), it nevertheless is an important right and one that should be considered. *See United States v. Magnotti*, 51 F.R.D. 1, 2 (D. Conn. 1970) ("The factor of delay in the trial of one defendant is another that might well be taken into account.").

Mr. Orozco-Guillen will be prejudiced if a severance is not granted and the jury trial is continued. As explained in the contemporaneously filed Objection to Co-Defendant Sergio

Chavez-Verduzco's Motion to Continue ("Objection"), Mr. Orozco-Guillen will be prejudiced if a severance is not granted because the Government continues to use pretrial delay to investigate its case. Moreover, as also explained in the contemporaneously filed Objection, any argument that judicial economy favors a joint trial is undercut by the piecemeal manner in which the Government indicted various individuals it now claims participated in a common plan or scheme.

### 3. Conclusion

Mr. Orozco-Guillen's case should be severed from that of other defendants so as to ensure Mr. Orozco-Guillen's right to a speedy and fair trial.

DATED this 12th day of October 2016.

/s/ Jeffrey Brownson

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of October 2016, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Bryce B. Ellsworth
    Special Assistant United States Attorney
    Office of the United States Attorney
    Washington Group Plaza, IV
    800 East Park Blvd., Ste. 600
    Boise, ID 83712
    Bryce.Ellsworth@usdoj.gov

    R. Keith Roark
    515 1st Avenue South
    Hailey, Idaho 8333
    keith@roarklaw.com

    Rob S. Lewis
    913 W. River Street
    Boise, Idaho 83702
    RobSLewis@hotmail.com

                                                /s/ Jeffrey Brownson