R. KEITH ROARK, ISBN 2230
THE ROARK LAW FIRM, LLP
515 S. 1st Avenue
Hailey, Idaho 83333
TEL: 208/788-2427
FAX: 208/788-3918

Attorneys for Defendant Sergio Chavez-Macias, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ) ) ) SERGIO CHAVEZ-MACIAS, ) SERGIO CHAVEZ-VERDUZCO, and ) ARMANDO OROZCO-GUILLEN, ) ) Defendant. ) ) | Case No. CR-16-67-BLW **AFFIDAVIT OF R. KEITH ROARK IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF IDENTITY AND INFORMATION OF CONFIDENTIAL INFORMANTS** |

STATE OF IDAHO,  )
                 ) ss.
County of Blaine. )

R. KEITH ROARK, being sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all state and federal courts in the State of Idaho and the United States Court of Appeals for the Ninth Circuit.

2. I represent Defendant Sergio Chavez-Macias in the above titled action and make the averments contained herein of my own personal knowledge.

3. This Affidavit is filed in support of Defendant's Motion to Compel Disclosure of and Information Regarding Confidential Informants partially disclosed by the Government in this case.

4. The Government has disclosed, as part of its Discovery Responses in this case, that it intends to use the testimony of two confidential informants against the

AFFIDAVIT OF R. KEITH ROARK IN SUPPORT OF
MOTION TO COMPEL - 1

Defendant whom I represent in this case.

5. The Government has also disclosed that it maintains or has access to "confidential" files regarding the criminal records, background and prior employment by the Government of these informants.

6. The Defendant has demanded to know the identity of the informants and to examine all government files containing information about such informants.

7. The Government has refused to provide the requested information and insists that the Assistant United States Attorney assigned to the case will examine the files regarding the confidential informants and disclose such information as he deems "relevant" to the defense in this action.

8. The Defendant's right to confront all witnesses against him is and will be compromised unless and until his attorneys are able to know the indemnity of the informants so that independent investigation of their backgrounds and credibility can be undertaken and to review the files held by the government to determine such issues as prior work for the government, prior compensation, number of times such informants have been previously used by Federal and/or state level prosecutors in criminal cases.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
R. KEITH ROARK

SUBSCRIBED AND SWORN to before me this __8__ day of May, 2017.

_____
Notary Public in and for the State of Idaho,
Residing at __Hailey, ID__, therein.
My Commission expires __9/1/17__.

AFFIDAVIT OF R. KEITH ROARK IN SUPPORT OF
MOTION TO COMPEL - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___8th___ day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person/s:

Bryce Bland Ellsworth    bryce.ellsworth@usdoj.gov,
                         kate.curtis@usdoj.gov,
                         USAID.ECFNOTICE@USDOJ.GOV

_____
R. KEITH ROARK

AFFIDAVIT OF R. KEITH ROARK IN SUPPORT OF
MOTION TO COMPEL - 3