# United States District Court

District of Idaho

| UNITED STATES OF AMERICA | SUBPOENA TO TESTIFY IN A CRIMINAL CASE |
|---|---|
| v. | |
| SERGIO CHAVEZ-MACIAS, SERGIO CHAVEZ-VERDUZCO, and ARMANDO OROZCO-GUILLEN, | CASE NO: CR-16-67-BLW |
| Defendant. | |

RECEIVED MAY 16 2017 BY: ___

TO:  Carlos Gomez
     1010 North Lincoln, Space 10
     Jerome, ID 83338

**X** YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | UNITED STATE DISTRICT COURT DISTRICT OF IDAHO 550 West Fort Street Boise, ID 83724 | COURTROOM | B. LYNN WINMILL |
|---|---|---|---|
| | | DATE AND TIME | May 31st, 2017 at 9:00 a.m. |

G  YOU ARE COMMANDED to produce the following document(s) or object(s):

Upon receipt of this subpoena, or if you have any questions, please contact R. Keith Roark (208) 788-2427. **THIS SUBPOENA REMAINS IN EFFECT UNTIL YOU ARE GRANTED LEAVE BY THE COURT OR BY AN OFFICER ACTING ON BEHALF OF THE COURT.** Thank you.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Elizabeth Smith | |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS, AND PHONE NUMBER

R. Keith Roark,
**Counsel for Sergio Chavez-Macias**
The Roark Law Firm, LLP
515 S. 1st Avenue
Phone:  (208) 788-2427

## PROOF OF SERVICE

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
|  |  | CLERK'S OFFICE, U.S. DISTRICT COURT, BOISE, IDAHO. |
| SERVED | DATE | PLACE |
|  |  |  |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
|  | G YES           G NO          Amount: $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: _____    _____
                Date              Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

| | JEROME COUNTY SHERIFF DEPARTMENT | |
|---|---|---|
| DOUG MCFALL | 2151 SOUTH TIGER DR. | Paper ID: 201700726 |
| (208) 595-3300 | JEROME, ID 83338 | |

## PERSONAL RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
-- VS --
PLAINTIFF(S)

COURT: UNITED STATES DISTRICT COURT
CASE NO: CR-16-67-BLW

**CHAVEZ-MACIAS, SERGIO,**
**CHAVEZ-VERDUZCO, SERGIO,**
**OROZCO-GUILLEN, ARMANDO**
DEFENDANT(S)

PAPER(S) SERVED:
SUBPOENA

I, DOUG MCFALL, SHERIFF OF JEROME COUNTY, STATE THAT THE ABOVE DESCRIBED DOCUMENTS WERE DELIVERED TO ME FOR SERVICE ON THE 16TH DAY OF MAY 2017.

I HEREBY CERTIFY THAT, ON THE 19TH DAY OF MAY 2017, AT 11:04 O'CLOCK A.M., I, JOHN DWIGHT WOOD, BEING DULY AUTHORIZED, SERVED THE ABOVE DESCRIBED DOCUMENTS IN THE ABOVE-ENTITLED MATTER UPON

*****CARLOS GOMEZ*****

PERSONALLY AT: 1010 N LINCOLN, SP #10 JEROME ID 83338

WITHIN THE COUNTY OF JEROME, STATE OF IDAHO.

DATED THIS 22ND DAY OF MAY 2017.

DOUG MCFALL
SHERIFF

SHERIFF'S FEES: 0.00
TOTAL COLLECTED TO DATE: 0.00
AMOUNT UNCOLLECTED: 0.00

BY _____
JOHN DWIGHT WOOD
SERVING OFFICER

BY _____
TERESA ONEIDA
RETURNING OFFICER

ROARK LAW FIRM - HAILEY
515 S 1ST AVE
HAILEY, ID 83333